# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0079.  SAMANTHA KAY PLUNKETT v. THE STATE.**

Ms. Plunkett has been charged in a two-count indictment with impaired driving, in violation of O.C.G.A § 40-6-391 (a) (2) and O.C.G.A § 40-6-391 (a) (6). Her defense is that she was legally entitled to use the drugs in question as they had been prescribed for her.

In furtherance of that defense, she argued below that O.C.G.A § 40-6-391 (a) (2) is unconstitutionally vague. Although she first raised her constitutional argument in a motion for reconsideration, the trial court entered a written order denying that motion and rejecting her constitutional argument on its merits.

The Supreme Court has exclusive jurisdiction where the constitutionality of a statute, as applied, has been raised and ruled upon by the trial court. Accordingly, this application is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/02/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*